**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Herbert Stanley Roach,<br><br>　　　　Petitioner,<br>　　vs.<br><br>Department of Homeland Security;<br>David Kollus,<br><br>　　　　Respondents. | No. CV-06-1733-PHX-PGR<br><br>ORDER |

The petitioner having filed an [Amended] Petition for Writ of Habeas Corpus by a Person in Federal Custody (doc. #5) pursuant to 28 U.S.C. § 2241, wherein he sought his release from the custody of the Department of Homeland Security pending his removal from the United States, and the respondents having filed a report on March 21, 2008 (doc. #27) verifying that the petitioner was removed from the United States to Guyana on June 21, 2007,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (doc. #23) is deemed withdrawn as moot.

IT IS FURTHER ORDERED that the petitioner's [Amended] Petition for Writ of Habeas Corpus by a Person in Federal Custody (28 U.S.C. § 2241) (doc. #5) is denied as moot and that this action is dismissed.  The Clerk of the Court

shall enter judgment accordingly.

DATED this 24th day of March, 2008.

_____
Paul G. Rosenblatt
United States District Judge